No. 833. ROBINSON *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-

cuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for respondent.